**SEVENTH COURT OF APPEALS**
**SITTING AT VERNON COLLEGE**
**SET FOR SUBMISSION ON ORAL ARGUMENT MONDAY, MARCH 2, 2015**
**AT 10:00 A.M.**

(Before Chief Justice Brian Quinn, Justice James T. Campbell, Justice Mackey K. Hancock)

| | | |
|---|---|---|
| **07-14-00135-CV** | In the Estate of James A. Loftis, Jr., Deceased, John Steven Loftis, as Independent Executor of the Estate of James A. Loftis, Jr., Deceased v. Rosemary Loftis | Ellis County |
| | THE LAW OFFICE OF CHAD BARUCH (Charles "Chad" Baruch) JOHN C. MALLIOS & ASSOCIATES (John Mallios) – Appellant | O/A Requested |
| | LAW OFFICES OF MICHAEL W. HARTLEY (Michael W. Hartley) – Appellee | O/A Requested |
| **07-14-00278-CR** **07-14-00279-CR** | Teddie Davenport v. The State of Texas | Limestone County |
| | LAW OFFICE OF STAN SCHWIEGER (Stan Schwieger) – Appellant | O/A Requested |
| | Brodie V. Burks, Assistant County and District Attorney – State | O/A Requested |